| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David A. Berkley (SBN 260105)<br>WOMBLE BOND DICKINSON (US) LLP<br>400 Spectrum Center Drive, Suite 1700<br>Irvine, CA 92618<br>Tel: (714) 557-3800<br>Fax: (714) 557-3347<br>Email: David.Berkley@wbd-us.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: The Huntington National Bank | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -** <u>San Fernando Valley</u> **DIVISION** ||
| In re:<br><br>Rakann Hayel Ammari<br><br>Debtor. | CASE NO.: 1:25-bk-10767-VK<br><br>CHAPTER: 7<br><br>**MOTION TO EXTEND DEADLINE TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)**<br><br>☒ **Hearing Information**<br>DATE: August 13, 2025<br>TIME: 1:30 PM<br>COURTROOM: 301 |

Now comes The Huntington National Bank ("Huntington") by and through its undersigned counsel, and respectfully submits this motion requesting that the Court extend the deadline to file a complaint seeking to have its debt excepted from discharge under 11 U.S.C. § 523(a) and in support hereof, shows the Court as follows:

1. On May 2, 2025 (the "Petition Date"), Rakann Hayel Ammari (the "Debtor") filed a voluntary petition for relief under Chapter 7 to commence the above-referenced case (the "Chapter 7 Case").

2. On May 2, 2025, this Court entered its Notice of Chapter 7 Bankruptcy Case (the "Notice"). Pursuant to the Notice, the deadline for creditors to file a complaint seeking to except a debt from discharge pursuant to 11 U.S.C. § 523(a) is July 28, 2025 (the "Complaint Deadline").

3. The Complaint Deadline has not yet passed.

4. The Huntington National Bank needs additional time to gather facts and information to determine whether grounds exist to object to the dischargeability to the extent that the indebtedness to Huntington was obtained through false representations or fraud. Therefore, the Huntington requests this Court extend the Complaint Deadline for an additional sixty (60) days up through and including September 26, 2025.

**WHEREFORE**, the Huntington respectfully requests this Court enter an order extending the deadline through and including September 26, 2025, for Huntington to file a complaint seeking to except some or all of its debt from discharge pursuant to 11 U.S.C. § 523(a) and to grant such other and further relief as the Court deems just and appropriate.

Date: July 17, 2025                                    Womble Bond Dickinson (US) LLP
                                                       Printed name of law firm (if applicable)


                                                       David A. Berkley
                                                       Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

400 Spectrum Center Dr, Suite 1700, Irvine CA 92618

A true and correct copy of the foregoing document entitled: **MOTION TO EXTEND DEADLINE TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 21, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Sevan Gorginian    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
Nicolino Iezza    niezza@spiwakandiezza.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 21, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**American Express**
P.O. Box 96001
Los Angeles, CA 90096

**AmSher Collection Services**
4524 Southlake Parkway SUite 15
Birmingham, AL 35244

**Andres Rodriguez**
c/o Harley M. Phleger, Esq.
1055 W. 7th Street, Suite 2290
Los Angeles, CA 90017

**ARS National Services**
PO Box 469100
Escondido, CA 92046

**Ascentium Capital**
23970 Highway 59N
Kingwood, TX 77339

**Beacon Funding**
3400 Dundee Rd, Ste 180
Northbrook, IL 60062

**Brand-Wilson, LLC**
Attn: Jason Wong, Agent
2335 E. Colorado Blvd., Ste. 115, #110

**Business Brokers Technologies, Inc. dba Bizex**
c/o Spiwak & Iezza, LLP
555 Marin St., Ste. 140
Thousand Oaks, CA 91360

**Capital One Bank USA, N.A.**
P.O. Box 31293
Salt Lake City, UT 84131

**Capital One Bank, N.A.**
P.O. Box 30285
Salt Lake City, UT 84130

**Citicards CBNA**
PO Box 6181
Sioux Falls, SD 57117

**Client Services Inc.**
514 Earth City Expway Suite 310
Earth City, MO 63045

**Credit Control LLC**
3300 Rider Trail S. Suite 500
Earth City, MO 63045

**Elan Financial Services**
800 Nicollet Mall
Minneapolis, MN 55402

**First Citizens Bank**
239 Fayetteville St.
Raleigh, NC 27601

**Franchise Tax Board**
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812

**Hals Club Service LLC**
8315 Ventura Canyon Ave
Panorama City, CA 91402

**Hals Club Service, LLC**
11686 Tuxford St.
Sun Valley, CA 91352

**Honda Financial Services**
PO Box 168000
Castor, LA 71016

**Huntington National Bank**
Attn: Officer, Agent or Manager
11100 Wayzata Blvd. Suite 700
Hopkins, MN 55305

**I.R.S.**
P.O. Box 7346
Philadelphia, PA 19101

**Jefferson Capital Systems**
P.O. Box 11407, Dept# 6419
Birmingham, AL 35246

**Law Offices of John K. Fu**

1505 N. San Fernando Blvd., #A
Burbank, CA 91504

**Lawrence M. Duray**
1718 Dylare Dr.
Griffith, IN 46319

**Leviton Law Firm, Ltd.**
c/o Mike Powers or other Agents
One Pierce Place Suite 725W
Itasca, IL 60143

**Maaack, Inc.**
Attn: Matthew Delbruegge
1230 Ramona Ave.
Spring Valley, CA 91977

**Maaak, Inc.**
Attn: Matthew Delbruegge
9308 Emerald Grove Ave.
Spring Valley, CA 91977

**Maksim Max Krumer**
14571 Valley Vista Blvd
Sherman Oaks, CA 91403

**Midland Credit Management**
P.O. Box 939069
San Diego, CA 92193

**Midland Equipment Finance**
PO Box 2149
Gig Harbor, WA 98335

**Navitas Credit Corp.**
P.O. Box 935204
Atlanta, GA 31193

**Raam Enterprises**
8315 Ventura Canyon Ave.
Panorama City, CA 91402

**Santander Bank**
3 Huntington Quadrangle, Ste 101 N.
Melville, NY 11747

**SBA Disaster Covid Loan**
Attn: Covid Loan Servicing
14925 Kingsport Rd.
Fort Worth, TX 76155

**Spark Fitness, LLC**
107 W. Wilson Ave.
Glendale, CA 91203

**Square Financial Services, Inc.**
3165 E. Millrock Dr., Ste 160
Salt Lake City, UT 84121

**Sumitomo Mitsu Fin/LSG Co.**
666 3rd Ave, fl. 8
New York, NY 10017

**Synchrony Bank**

c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**U.S. Small Business Administration (SBA)**
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

**Wex Bank**
P.O. Box 4337
Carol Stream, IL 60197

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 21, 2025 | Sul Lee | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |